IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **PETER J. SMITH,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
|     **v.** ) | **2:24cv221-MHT** |
| ) | **(WO)** |
| **KAY IVEY, Three Term** ) | |
| **Alabama Governor, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## OPINION

Plaintiff filed this lawsuit complaining of the difficulty of surviving during and after the COVID-19 pandemic without a home and without pay or benefits after losing state employment at some point in the past.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2024.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**