IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:24cv221-MHT
                               )          (WO)
KAY IVEY, Three Term           )
Alabama Governor, et al.,      )
                               )
    Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to obey a court order and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 27th day of June, 2024.

                                                 /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**